

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

O.T.S. LOGISTICS, INC.,

**ORDER**

**09-CV-1406 (NGG) (CLP)**

Plaintiff,

-against-

MAESTRI PASTAI, INC.,

Defendant.
--------------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

On November 10, 2009, this court determined that default judgment should be entered

against Defendant. The court referred the matter to Magistrate Judge Cheryl Pollak for an

inquest on damages. (See Order dated Nov. 10, 2009 (Docket Entry # 18).) Following her

inquest, Judge Pollak issued a Report and Recommendation ("R&R") recommending that

Plaintiff be awarded $83,101.08 in damages for Defendant's breach of contract, plus $1,280.44

in pre-judgment interest for the period running from May 18, 2009 until December 31, 2009, an

additional amount of interest accruing until the entry of judgment, $885.20 in costs, and post-

judgment interest in accordance with 28 U.S.C. § 1961. (See R&R (Docket Entry # 27).)

No party has objected to Judge Pollak's R&R; and the time for doing so has now passed.

See Fed. R. Civ. P. 72(b)(2). Having reviewed Judge Pollak's thoroughly reasoned R&R, the

court adopts it in its entirety. The Clerk of Court is directed to enter judgment in accordance

with Judge Pollak's R&R. The court orders that Defendant's olive-oil cargo, currently attached

by Plaintiff pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions (see Docket Entry # 5), be sold and that Plaintiff keep the proceeds to

1

satisfy his judgment, in whole or in part. Plaintiff is directed to remit any proceeds in excess of

the judgment amount to Defendant.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
        March 3 , 2010

NICHOLAS G. GARAUFIS
United States District Judge